# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

**SUMMONS IN A CIVIL CASE**

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

2:06cv269 KS-MTP

V.

CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS;  and JOHN DOES 1-15

TO: Smith Co. Bd. of Supervisors
c/o Wilson Hallman
Smith Co. Courthouse
Raleigh, MS 39153

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

CLERK

DATE  12/19/04

(By) DEPUTY CLERK

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me[1]

DATE _12 - 29 - 06_

NAME OF SERVER *(PRINT)* _Bridget Jackson_ TITLE

*Check one box below to indicate appropriate method of service*

_Smith County Bd of Supervisor_

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Rita McDonald_

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL SERVICES TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* _Bridget Jackson_

*Address of Server* _133 Rate County Rd Laurel MS, 39440_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-29-06
_____
DATE

Smith Co. Courthouse
_____
PLACE

SERVED
Smith Co. Bd of Supervisors
Rita McDonald
_____
SERVED ON (PRINT NAME)

Personal
_____
MANNER OF SERVICE

Bridget Jackson
_____
SERVED BY (PRINT NAME)

Process
_____
TITLE

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   1/9/07
_____

_____
SIGNATURE OF SERVER

133 Lake Como Rd.
_____
ADDRESS OF SERVER

Laurel, Ms. 39440

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

**2:06cv269 KS-MTP**

V.                                      CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T. LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF SUPERVISORS; and JOHN DOES 1-15

TO: Sheriff Charlie Crumpton
Smith Co. Sheriff's Office
Raleigh, MS 39153

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                      DATE   12/19/06

(By) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)

DATE *12-29-06*

NAME OF SERVER *(PRINT)* TITLE *Bridget Graham*

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

*Shiff Charlie Crapston Shiff Office.*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Paula McDould*

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL SERVICES TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Graham*

*Address of Server* *153 Roche Coues Rd hansel MS 39440*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-29-06                                    Smith Co. Sheriff Charlie Crumpton
_____                       _____
DATE                                        PLACE


SERVED
Sheriff Charlie Crumpton
Paula McDonald                              Personal
_____                       _____
SERVED ON (PRINT NAME)                      MANNER OF SERVICE

Bridget Jackson                             Process Server
_____                       _____
SERVED BY (PRINT NAME)                      TITLE


_____

### DECLARATION OF SERVER

_____

    I declare under penalty of perjury under the laws of the United States of America that
the foregoing information contained in the Proof of Service is true and correct.


Executed on   1/9/07
            _____

            _____
            SIGNATURE OF SERVER

            133 Lake Como Rd.
            _____
            ADDRESS OF SERVER

            Waurel, Ms. 39440

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

**2:06cv269 KS-MTP**

V.

CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T. LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF SUPERVISORS; and JOHN DOES 1-15

TO:   Smith Co. Sheriff's Office
      c/o Smith Co. Chancery Clerk
      Smith Co. Courthouse
      Raleigh, MS 39153

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____     DATE   12/19/06
CLERK

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)

DATE *12-29-08*

NAME OF SERVER *(PRINT)* TITLE *Bailgot Jackson*

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served *Smith County Chancery Clerk Office*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *GARY Crumpton*

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL SERVICES TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bailgot Jackson*

*Address of Server* *133 Smith Cross Rd Laurel MS 39440*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**PROOF OF SERVICE**

12-29-06                          Smith Co. Chancery Clerk
_____              _____
      DATE                                PLACE

SERVED
Smith Co. Sheriff's Department        Personal
Gary Crumpton                      _____
SERVED ON (PRINT NAME)                MANNER OF SERVICE

Bridget Jackson                    Process Server
_____              _____
SERVED BY (PRINT NAME)                TITLE

_____

**DECLARATION OF SERVER**

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  1/9/87
            _____

_____
            SIGNATURE OF SERVER

            133 Lake Como Rd.
_____
            ADDRESS OF SERVER

            Laurel, Ms. 39440

_____

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

**SUMMONS IN A CIVIL CASE**

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

### 2:06cv269 KS-MTP

V.

CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS; and JOHN DOES 1-15

TO: Smith County, MS
    % Smith Co. Chancery Clerk
    Smith Co. Courthouse
    Raleigh, MS 39153

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

CLERK

DATE   12/19/06

(By) DEPUTY CLERK

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me(1)

DATE *12-29-06*

NAME OF SERVER *(PRINT)* *BRIDGET JACKSON* TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served *Smith County Smith Chancy Clerk*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Oaky Crumpton*

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL SERVICES TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Jackson*

*Address of Server* *153 Little Creek Rd Laurel MS 39440*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-29-06                    Smith Co. Chancery Clerk
_____            _____
DATE                             PLACE

SERVED
Smith Co., MS

Gary Crumpton                    Personal
_____            _____
SERVED ON (PRINT NAME)           MANNER OF SERVICE

Bridget Jackson             Process Server
_____            _____
SERVED BY (PRINT NAME)             TITLE

_____

### DECLARATION OF SERVER
_____

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   1/9/07
            _____
               SIGNATURE OF SERVER

        133 Lake Como Rd.
        ADDRESS OF SERVER
        Laurel, Ms. 39440

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

**SUMMONS IN A CIVIL CASE**

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

**2:06cv269 KS-MTP**

V.                                     CASE NUMBER. _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS;  and JOHN DOES 1-15

TO: Sheriff Kenneth Cross
Jasper Co. Sheriff's office
Bay springs, MS 39422

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

_____
CLERK

_____
(By) DEPUTY CLERK

DATE   12/19/06

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me(1)

DATE *12-20-00*

NAME OF SERVER *(PRINT)* TITLE *Bridget Jackson*

*Check one box below to indicate appropriate method of service*  *Jasper County Sheriff officer*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Marda Reynalds*

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL SERVICES TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Jackson*

*Address of Server* *133 Lake Como Rd. Laurel, Ms. 39440*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-20-06
_____
DATE

Jasper Co. Sheriff's Office
_____
PLACE

SERVED
Sheriff Kenneth Cross
Mandie Reynolds
_____
SERVED ON (PRINT NAME)

Personal
_____
MANNER OF SERVICE

Bridget Jackson
_____
SERVED BY (PRINT NAME)

Process Server
_____
TITLE

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  1/9/07
_____

_____
SIGNATURE OF SERVER

133 Lake Como Rd.
_____
ADDRESS OF SERVER

Laurel, Ms. 39440

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

**SUMMONS IN A CIVIL CASE**

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

2:06cv269 KS-MTP

V.                                    CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS; and JOHN DOES 1-15

TO:  Jasper County sheriff's office
     c/o Jasper Co. Chancery Clerk
     Jasper County Courthouse
     Bay springs, MS 39422)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

_____          12/19/06
CLERK                                      _____
                                           DATE

_____
(By) DEPUTY CLERK

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me(1)

DATE *12-20-06* NAME OF SERVER *(PRINT)* TITLE Bridget Jackson

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *Jasper County Chnvy.*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Ruth Riquino*

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL SERVICES TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Jackson*

*Address of Server* 135 Lake Como Rd., Laurel, Ms. 39440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-20-06
**DATE**

Jasper Co. Courthouse
**PLACE**

SERVED
Jasper Co. Sheriff's office
Ruth Regions
**SERVED ON (PRINT NAME)**

Personal
**MANNER OF SERVICE**

Bridget Jockson
**SERVED BY (PRINT NAME)**

Process Server
**TITLE**

---

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1/9/07

**SIGNATURE OF SERVER**

133 Lake Como Rd.
**ADDRESS OF SERVER**

Laurel, Ms. 39440

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

**2:06cv269 KS-MTP**

V.                                    CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS;  and JOHN DOES 1-15

TO: *Jasper County, MS*
*c/o Jasper Co. Chancery Clerk*
*Jasper Co. Courthouse*
*Bay Springs, MS 37422*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

CLERK _____          DATE _____12/19/06_____

_____
(By) DEPUTY CLERK

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me(1)

DATE *12-20-06*

NAME OF SERVER *(PRINT)* TITLE *Bridget Jockson*

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *Jasper County Chancery Clerk*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Ruth Regions*

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL SERVICES TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Jackson*

*Address of Server* *133 Lake Como Rd., Laurel, Ms. 39448*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-20-06                          Jasper Co. Chancery Clerk
_____          _____
          DATE                              PLACE


SERVED
Jasper Co., MS
Ruth Regions                              Personal
_____          _____
SERVED ON (PRINT NAME)                  MANNER OF SERVICE

Bridget Jackson                   Process Server
_____          _____
SERVED BY (PRINT NAME)                   TITLE


## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that
the foregoing information contained in the Proof of Service is true and correct.

Executed on ____1/9/07_____

_____
        SIGNATURE OF SERVER

____133 Lake Como Rd._____
        ADDRESS OF SERVER

____Laurel, Ms. 39440_____

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

**SUMMONS IN A CIVIL CASE**

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

**2:06cv269 KS-MTP**

V.

CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS; and JOHN DOES 1-15

TO: Jasper County Bd. of Supervisors
c/o Curtis Gray, Sr.
Jasper Co. Courthouse
Bay Springs, MS 39422

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   12/19/04

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me(1)

DATE *12-20-00*

NAME OF SERVER *(PRINT)* *Bridget Parker* TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *Jasper County Clerk of Supervisors*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Sherry Campbell*

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL SERVICES TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Parker*

*Address of Server* *133 Lake Como Rd., Laurel, Ms. 39440*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-20-06            Jasper Co. Bd. of Supervisor's office
_____            _____
       **DATE**                          **PLACE**

**SERVED**
Jasper Co. Bd of Supervisors

Sherry Campbell            Personal
_____            _____
**SERVED ON (PRINT NAME)**           **MANNER OF SERVICE**

Bridget Jackson            Process Server
_____            _____
**SERVED BY (PRINT NAME)**            **TITLE**

---

### DECLARATION OF SERVER

---

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   1/9/07
_____

_____
          **SIGNATURE OF SERVER**

133 Lake Como Rd
_____
          **ADDRESS OF SERVER**

Laurel, MS 39440
_____

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

**SUMMONS IN A CIVIL CASE**

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

**2:06cv269 KS-MTP**

V.

CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS; and JOHN DOES 1-15

TO: Sheriff Roger Speed Wood
Covington Co. Sheriff's Office
Collins, MS 39428

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

CLERK

DATE   12/19/06

(By) DEPUTY CLERK

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me(1)

DATE *12-22-00*  
NAME OF SERVER *(PRINT)* TITLE *Bridget Lawson*

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *Shff Roger Spud Wood*
*Covington County Shff Office*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Roger Spud Wood*

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL SERVICES TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Lawson*

Address of Server *153 Oak Crose Rd Laurel MS, 39440*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**PROOF OF SERVICE**

12-22-06                          Covington County
_____              _____
DATE                              PLACE  Sheriff's Dept.

SERVED
Sheriff Roger Speed Wood                    Personal
_____          _____
SERVED ON (PRINT NAME)              MANNER OF SERVICE

Bridget Jackson                    Process Server
_____          _____
SERVED BY (PRINT NAME)              TITLE


_____
                    **DECLARATION OF SERVER**
_____

    I declare under penalty of perjury under the laws of the United States of America that
the foregoing information contained in the Proof of Service is true and correct.


Executed on   1/9/07
           _____

           _____
                SIGNATURE OF SERVER
           133 Lake Como Rd.
           _____
           ADDRESS OF SERVER
           Laurel, Ms. 39440

_____

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

**2:06cv269 KS-MTP**

V.                                    CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T. LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF SUPERVISORS;  and JOHN DOES 1-15

TO: Covington Co. Bd. of Supervisors
    % Marson Trigg
    Covington Co. Courthouse
    Collins, MS 39428

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____        _____ 12/19/06
CLERK                                   DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]

DATE *12-22-00*

NAME OF SERVER *(PRINT)* *Bridget Jackson* TITLE

*Check one box below to indicate appropriate method of service*                    *Covington County Bd of Supervisors*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left *Sandra Breuer*

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL SERVICES TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Jackson*

*Address of Server* *133 Lake Sierra Rd Laurel MS, 39440*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

_1-22-06_                                    _Covington Co. Courthouse_
DATE                                          PLACE


SERVED
_Covington Co. Bd. of Supervisors_
_Sandra Brinson_                              _Personal_
SERVED ON (PRINT NAME)                        MANNER OF SERVICE

_Bridget Jackson_                             _Process Server_
SERVED BY (PRINT NAME)                        TITLE


## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.


Executed on _1/9/07_

_[signature]_
SIGNATURE OF SERVER

_133 Lake Como Rd._
ADDRESS OF SERVER

_Laurel, Ms. 39440_

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

**2:06cv269 KS-MTP**

V.

CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T. LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF SUPERVISORS; and JOHN DOES 1-15

TO: Covington Co., MS
c/o Covington Co. Chancery Clerk
Covington Co. Courthouse
Collins, MS 39428

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/19/06

(By) DEPUTY CLERK

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me(1)

DATE 12-22-06

NAME OF SERVER *(PRINT)* TITLE *Bridget Parker*

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *Covington County Chancery Clerk office*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Anna Cravens*

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL SERVICES TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Parker*

*Address of Server* 133 Lake Cravens Rd Laurel, MS, 39440

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**PROOF OF SERVICE**

| | |
|---|---|
| *12-22-06* | *Covington County Courthouse* |
| DATE | PLACE |

SERVED
*Covington Co., MS*
*Gina Graves*
SERVED ON (PRINT NAME)

*Personal*
MANNER OF SERVICE

*Bridget Jackson*
SERVED BY (PRINT NAME)

*Process Server*
TITLE

---

**DECLARATION OF SERVER**

---

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _*1/9/07*_

_____
SIGNATURE OF SERVER

*133 Lake Como Rd.*
ADDRESS OF SERVER

*Laurel, Ms. 39440*

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

<u>**SUMMONS IN A CIVIL CASE**</u>

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

**2:06cv269 KS-MTP**

V.

CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS; and JOHN DOES 1-15

TO:  Covington County Sheriff's Office
  c/o Covington County Chancery Clerk
  Covington Co. Courthouse
  Collins, MS  39428

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

CLERK _____

DATE _____ 12/19/06 _____

(By) DEPUTY CLERK _____

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me(1)

DATE _12-22-06_

NAME OF SERVER *(PRINT)* TITLE _Bridget Parker_

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _Covington County Sheriff Office_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Caina Caraveo_

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL   SERVICES   TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* _Bridget Parker_

*Address of Server* _1833 Bible Church Rd Laurel, MS, 39440_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**PROOF OF SERVICE**

12-22-06 _____     Covington County Courthouse
DATE                       PLACE

SERVED
Covington Co. Sheriff's office
Gina Graves _____     Personal
SERVED ON (PRINT NAME)                MANNER OF SERVICE

Bridget Jackson                      Process Server
SERVED BY (PRINT NAME)                TITLE

_____

DECLARATION OF SERVER

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____1/9/07_____

_____
SIGNATURE OF SERVER

_____133 Lake Como Rd._____
ADDRESS OF SERVER

_____Laurel, Ms. 39440_____

# UNITED STATES DISTRICT COURT
### Southern District of Mississippi

**SUMMONS IN A CIVIL CASE**

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

## 2:06cv269 KS-MTP

V.                                        CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T. LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF SUPERVISORS; and JOHN DOES 1-15

TO: Jones County, MS
c/o Jones County Chancery Clerk
5th Avenue
Laurel, MS 39440

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____                    12/19/06
CLERK                                       DATE

_____
(BY) DEPUTY CLERK

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me[1]

DATE _12-20-06_ NAME OF SERVER *(PRINT)* TITLE _Bridget Jackson_

*Check one box below to indicate appropriate method of service*     _Jones County Chancery Clerk_

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Bill Doctor_

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL SERVICES TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* _Bridget Jackson_

*Address of Server* _133 Lake Como Rd., Laurel, Ms. 39440_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-20-06                    Jones Co. Courthouse
_____     _____
**DATE**                          **PLACE**

**SERVED**
Jones Co., MS
Bill Norton                    *Personal*
**SERVED ON (PRINT NAME)**          **MANNER OF SERVICE**

Bridget Jackson          Process Server
**SERVED BY (PRINT NAME)**             **TITLE**

### DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    1/9/07
_____
          **SIGNATURE OF SERVER**
       133 Lake Como Rd.
       **ADDRESS OF SERVER**
       Laurel, Ms. 39440

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

**SUMMONS IN A CIVIL CASE**

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

### 2:06cv269 KS-MTP

V.                                    CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as
a former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS; and JOHN DOES 1-15

TO: Jones Co. Bd. of Supervisors
c/o Andy Dial
Jones Co. Courthouse
Laurel, MS 39440

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

_____          DATE   12/19/06
CLERK

_____
(By) DEPUTY CLERK

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me(1)

DATE _12-20-06_

NAME OF SERVER *(PRINT)* TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _Lauro County Odad Suzins_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Carol PoxBoue_

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL SERVICES TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* _Brithy H Jarber_

*Address of Server* _133 XArc Come Rd Laurel Ms, 39440_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-20-06 _____          Jones Co. Courthouse ____
          DATE                         PLACE

SERVED
Jones Co. Bd. of Supervisors
Carol Darbonne
SERVED ON (PRINT NAME)                    Personal
                                      MANNER OF SERVICE

Bridget Jackson                       Process Server
SERVED BY (PRINT NAME)                    TITLE

_____

### DECLARATION OF SERVER

_____

I declare under penalty of perjury under the laws of the United States of America that
the foregoing information contained in the Proof of Service is true and correct.

Executed on   1/9/07 _____

_____
          SIGNATURE OF SERVER

133 Lake Como Rd.
_____
          ADDRESS OF SERVER
Laurel, Ms, 39440

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

## 2:06cv269 KS-MTP

V.                                         CASE NUMBER. _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS; and JOHN DOES 1-15

TO: Sheriff T. Larry Dykes
Jones Co. Sheriff's Office
Yates Ave.
Laurel, MS 39440

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

_____          _____
CLERK                                             DATE    12/19/04

_____
(By) DEPUTY CLERK

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me(1)

DATE _12-20-06_

NAME OF SERVER *(PRINT)* _Bridget Jordan_ TITLE _____

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _Jones Sheriff office_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Charl Flin_

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL SERVICES TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* _Bridget Jordan_

*Address of Server* _133 Dale Crew Rd Laurel, MS, 39440_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-20-06 _____          Jones Co. sheriff's office ~~I~~ ~~Dykes~~
          DATE                                    PLACE

SERVED
Jones Co. sheriff T. Larry Dykes
Cheryl Flynn                                    Personal
SERVED ON (PRINT NAME)                           MANNER OF SERVICE

Bridget Jackson                                 Process Server
SERVED BY (PRINT NAME)                           TITLE

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that
the foregoing information contained in the Proof of Service is true and correct.

Executed on _____ 1/9/07 _____

_____
          SIGNATURE OF SERVER
          133 Lake Como Rd.
          ADDRESS OF SERVER
          Laurel, Ms. 39440

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

**SUMMONS IN A CIVIL CASE**

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

2:06cv269 KS-MTP

V.                                CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS;  and JOHN DOES 1-15

TO: Jones County Sheriff's office
c/o Jones County Chancery Clerk
5th Ave.
Laurel, MS 39440

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

_____          _____
CLERK                                      DATE     12/19/06

_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]

DATE *12-20-06*

NAME OF SERVER *(PRINT)* *Bridget Larke* TITLE *Leone County Chancy Clerk*

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Bill Norton*

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL SERVICES TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Larke*

Address of Server *133 14th Conce Rd, Laurel, MS 39440*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-30-06
DATE

Jones Co. Courthouse
PLACE

SERVED
Jones Co. Sheriff's Office
Bill Norton
SERVED ON (PRINT NAME)

Personal
MANNER OF SERVICE

Bridget Jackson
SERVED BY (PRINT NAME)

Process Server
TITLE

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1/9/07

SIGNATURE OF SERVER

133 Lake Como Rd.
ADDRESS OF SERVER

Laurel, Ms. 39440

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

**SUMMONS IN A CIVIL CASE**

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

## 2:06cv269 KS-MTP

V.                                                    CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS; and JOHN DOES 1-15

TO: Roger Williams
205 Opal Dr.
Laurel, MS 39440

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

_____                    _____12/19/06_____
CLERK                                        DATE

_____
(By) DEPUTY CLERK

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me(1)

DATE *12-29-06*

NAME OF SERVER *(PRINT)* TITLE *Bridget Jackson*

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *205 Opal Drive Dr.*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Roger Withers*

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

TRAVEL SERVICES TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Jackson*

Address of Server *133 Lake Como Rd., Laurel, Ms. 39440*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-29-06 _____  OPal Drive, Laurel, MS
        DATE                                           PLACE

**SERVED**

Roger Williams _____  Personal
SERVED ON (PRINT NAME)                       MANNER OF SERVICE

Bridget Jackson _____  Process Server
SERVED BY (PRINT NAME)                       TITLE

---

### DECLARATION OF SERVER

---

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   1/9/07 _____

_____
               SIGNATURE OF SERVER

     133 Lake Como Rd,
     ADDRESS OF SERVER
     Laurel, Ms. 39440

---

# UNITED STATES DISTRICT COURT
### Southern District of Mississippi

## SUMMONS IN A CIVIL CASE

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

### 2:06cv269 KS-MTP

V.

CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS; and JOHN DOES 1-15

TO: Randall Parker
205 s. Pine St.
Sandersville, MS 39477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

_____
CLERK

DATE  12/19/06

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]

DATE *1-2-07*

NAME OF SERVER *(PRINT)* TITLE *Bridget Jackson*

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

*WADE Sevier*

Name of person with whom the summons and complaint were left: *Randal Parker*

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL SERVICES TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Jackson*

*Address of Server* *133 Lake Como Rd., Laurel, Ms. 39440*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

1-2-07
_____
**DATE**

_Wade Services_
_____
**PLACE**

**SERVED**

Randall Parker
_____
**SERVED ON (PRINT NAME)**

Personal
_____
**MANNER OF SERVICE**

Bridget Jackson
_____
**SERVED BY (PRINT NAME)**

Process Server
_____
**TITLE**

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1/9/07
_____

_[signature]_
_____
**SIGNATURE OF SERVER**

133 Lake Como Rd.
_____
**ADDRESS OF SERVER**
Laurel, Ms. 39440

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

### SUMMONS IN A CIVIL CASE

MATTHEW D. BOUTWELL, MARTY C. BREAZEALE,
DENNIS D. DONALD, and KELVIN P. NIXON

**2:06cv269 KS-MTP**

V.

CASE NUMBER: _____

JONES COUNTY, MISSISSIPPI; THE JONES COUNTY SHERIFF"S OFFICE; SHERIFF T.
LARRY DYKES, in his official capacity as the Sheriff of Jones County, and Individually; THE
JONES COUNTY BOARD OF SUPERVISORS; RANDALL KEITH PARKER in his official
capacity as a former agent of the Southeast Mississippi Drug Task Force and individually;
CHRISTOPHER DAVID SMITH in his official capacity as a former agent of the Southeast
Mississippi Drug Task Force and individually; ROGER WILLIAMS in his official capacity as a
former agent of the Southeast Mississippi Drug Task Force and individually; COVINGTON
COUNTY, MISSISSIPPI; THE COVINGTON COUNTY SHERIFF'S OFFICE; SHERIFF ROGER
WOOD SPEED in his official capacity as the Sheriff of Covington County, and Individually; THE
COVINGTON COUNTY BOARD OF SUPERVISORS; JASPER COUNTY, MISSISSIPPI; THE
JASPER COUNTY SHERIFF'S OFFICE; SHERIFF KENNETH CROSS in his official capacity as
the Sheriff of Jasper County, and Individually; THE JASPER COUNTY BOARD OF
SUPERVISORS; SMITH COUNTY, MS; SMITH COUNTY SHERIFF'S OFFICE; SHERIFF
CHARLIE CRUMPTON, in his official capacity and Individually; SMITH COUNTY BOARD OF
SUPERVISORS; and JOHN DOES 1-15

TO: Christopher David Smith
3089 Hwy 11 N.
Moselle, MS 39459

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

PAMELA L. HUDDLESTON
Post Office Box 1194
Laurel, MS 39441-1194

an answer to the complaint which is served on you with this summons, within **20** days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

CLERK

DATE 12/19/06

(By) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)

DATE *12-21-06* NAME OF SERVER *(PRINT)* TITLE *Bridget Jackson*

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *H & H Industrial*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Chris Smith*

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL SERVICES TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date *Signature of Server* *Bridget Jackson*

*Address of Server* *133 Lake Como Rd., Laurel, Ms. 39440*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE

12-21-06                                    H+H Industrial
_____                             _____
     DATE                                         PLACE


SERVED

Christopher David Smith                     Personal
_____                     _____
SERVED ON (PRINT NAME)                      MANNER OF SERVICE

Bridget Jackson                             Process Server
_____                     _____
SERVED BY (PRINT NAME)                      TITLE


_____

                    DECLARATION OF SERVER
_____

    I declare under penalty of perjury under the laws of the United States of America that
the foregoing information contained in the Proof of Service is true and correct.


Executed on  1/9/07
            _____

             _____
             SIGNATURE OF SERVER

             133 Lake Como Rd,
             _____
             ADDRESS OF SERVER

             Laurel, Ms. 39440
             _____