IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

MATTHEW W. BOUTWELL, MARTY C.
BREAZEALE, DENNIS D. DONALD, and
KELVIN P. NIXON                                                               PLAINTIFFS

VS.                                                          CAUSE NO. 2:06cv269KS-MTP

JONES COUNTY, MISSISSIPPI, ET AL.                                   DEFENDANTS


## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This civil action came on for hearing on the motion ore tenus of the parties hereto, by

their attorneys, moving the Court to dismiss this civil action with prejudice for the reason that a

full settlement and compromise has been reached by and between the parties, and because no

issues remain to be determined herein, the Court, being fully advised in the premises, is of the

opinion that such relief should be granted:

IT IS, THEREFORE, ORDERED AND ADJUDGED that this civil action is hereby

dismissed with prejudice with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 14th day of September, 2007.


                                        *s/Keith Starrett*
                                        UNITED STATES DISTRICT JUDGE